IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

|  |  |
|---|---|
| LECTRA USA INC. and LECTRA S.A.,<br><br>    Plaintiffs,<br><br>v.<br><br>EASTMAN MACHINE COMPANY and SEWN PRODUCTS EQUIPMENT CO.<br><br>    Defendants. | Civil Action No. 08-CV-0213-RWS<br><br>STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u> |

IT IS HERBY STIPULATED, by and between the undersigned counsel on behalf of the respective parties, that this action be, and the same hereby is, dismissed with prejudice and without costs to any party.

Dated: October 22, 2009

ALSTON & BIRD LLP

By: s/ Robin L. McGrath
    Robin L. McGrath
    Ga. Bar No. 493115
    *Robin.mcgrath@alston.com*
Brie L.B. Buchanan
Ga. Bar No. 692387
*Brie.buchanan@alston.com*
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Plaintiffs Lectra USA Inc. and Lectra S.A.*

BRYAN CAVE POWELL GOLDSTEIN

By: s/ Ryan Pumpian
    Ryan Pumpian
    Ga. Bar No. 589822
    *rpumpian@bryancave.com*
One Atlantic Center – 14th Floor
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 572-6581

*Attorneys for Defendants Eastman Machine Company and Sewn Products Equipment Co.*